## JULES SILVER v. TERRY E. BARTH ET AL.
## (8374)

SPALLONE, O'CONNELL and FOTI, Js.

Argued January 31—decision released February 8, 1990

*John R. Williams,* with whom, on the brief, was *Leslie R. Barth,* for the appellant (named defendant).

*Irving H. Perlmutter,* for the appellee (plaintiff).

PER CURIAM. This appeal arises out of a foreclosure of a judgment lien against the named defendant Terry Barth. The defendant claims the court erred (1) in rendering judgment against the defendant without first holding a hearing in damages, (2) in rendering judgment without first acting on the defendant's motion to reopen a default, and (3) in failing to open the default entered against the defendant.

After a plenary reivew of the record, transcripts and briefs, and after affording each claim of error the appropriate scope of review, we conclude that all claims are without merit. *Schiavone* v. *Schiavone,* 18 Conn. App. 825, 559 A.2d 1192 (1989).

There is no error.